JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILDEBRANDO CASTRO, | Case No. CV 09-0582-JHN (DTB) |
| Petitioner, | |
| vs. | **JUDGMENT** |
| D.K. SISTO, Warden, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that petitioner's request for an evidentiary hearing is denied, respondent's motion to dismiss is denied as moot, the Petition is denied and this action is dismissed with prejudice.

DATED: June 3, 2010

JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE